UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANWEI LIU,<br><br>                      Petitioner,<br><br>              v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                      Respondents. | Case No. 5:26-cv-01697-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.     The petition is granted;

2.     Respondents are enjoined from continuing to detain Petitioner unless no later than **April 24, 2026**, he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings; and

3.     The Clerk of Court is directed to close this case.

DATED: April 17, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE